WAWZYN NOWAK, Respondent, *v.* THE BROTHERHOOD OF AMERICAN YEOMAN, Appellant.

MARY NOWAK et al., Respondents, *v.* THE BROTHERHOOD OF AMERICAN YEOMAN, Appellant.

(Submitted February 10, 1930; decided February 18, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 465.)

In the Matter of GRINNELL LITHOGRAPHIC COMPANY, INC., Respondent, *v.* H. H. BUTLER STORES, INC., Appellant.

(Submitted February 10, 1930; decided February 18, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 594.)

MARGARET G. TULLY, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

(Submitted February 10, 1930; decided February 18, 1930.)

*Ralph Earl Prime, Jr.,* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.